**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

BARRY E. MUKAMAL, Court Appointed
Receiver for ESSEX HOLDINGS, INC.,

    Plaintiff,                                          Case No. 1:17-cv-23384-JEM

v.

STERLING JEWELERS, INC. D/B/A
JARED THE GALLERIA OF JEWELRY,

    Defendant.
_____/

**DEFENDANT STERLING JEWELERS INC.'S**
**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

        Defendant Sterling Jewelers Inc. ("Sterling"), by and through undersigned counsel, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement, and certifies that, to the best of the knowledge of Sterling and its undersigned counsel, the following is a full and complete list of any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, publicly held corporations that own 10% of more of the stock of a party, and other identifiable legal entities related to a party:

| | |
|---|---|
| Sterling Jewelers Inc. | Essex Holdings, Inc. |
| Signet U.S. Holdings Inc. | Barry E. Mukamal |
| Signet Holdings Limited | Eric J. Silver |
| Signet Group Limited | Stearns, Weaver, Miller, Weissler, Alhadeff & |
| Signet Jewelers Limited | Sitterson, P.A |

- 1 -

- 2 -

DATED: September 18, 2017.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Joshua A. Mize*
　　　　　　　　　　　　　　　　　　**Joshua A. Mize, Esq.**
　　　　　　　　　　　　　　　　　　Florida Bar No. 86163
　　　　　　　　　　　　　　　　　　jmize@mmmlaw.com
　　　　　　　　　　　　　　　　　　**MORRIS, MANNING & MARTIN, LLP**
　　　　　　　　　　　　　　　　　　1401 Eye Street, N.W., Suite 600
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　Phone: (202) 971-4085
　　　　　　　　　　　　　　　　　　Fax: (202) 408-5146

　　　　　　　　　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　　　　　　　　　*Sterling Jewelers Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of September, 2017, a copy of the foregoing document was filed with the Court via the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

>*/s/ Joshua A. Mize*
>Joshua A. Mize, Esq.